**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA RAE HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>SMART & FINAL, INC., et al,<br><br>                    Defendants. | Case No. 2:14-cv-01716-JAD-NJK<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

Plaintiff Gina Rae Hall ("Plaintiff") is proceeding in this action *pro se*. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* and submitted a complaint on October 16, 2014.[1]  This proceeding was referred to this court by Local Rule IB 1-9.

In Plaintiff's Application for Leave to Proceed *In Forma Pauperis*, in the portion of his affidavit to which she declares the information is true under penalty of perjury, Plaintiff states that her take-home pay or wages amounts to $400 biweekly, that she has $5,000 in a savings account; that she owns a vehicle which is paid off; that her regular monthly bills total $490; that she has no person dependent on her for support; that she has no debts or financial obligations; and that she currently pays no rent, as she is living with her mother.  Docket No. 1, at 1-2.

Pursuant to 28 U.S.C. § 1914(a) and Judicial Conference Policy, a filing fee of $350.00, along with an administrative fee of $50, is required to commence a civil action in federal district court.  The court may authorize the commencement of an action without prepayment of fees and costs or security by a person who makes affidavit that she is unable to pay such costs or give security.  *See* 28 U.S.C. § 1915(a).

---

[1] The Court notes that Plaintiff has filed her complaint, alleging employment discrimination and retaliation, on the Court's standard form for a complaint pursuant to 42 U.S.C. § 1983.  As the Court finds that Plaintiff does not qualify to proceed *in forma pauperis*, however, the Court has not screened her complaint.

As noted above, Plaintiff's affidavit provides that she receives approximately $866 per month in take-home pay. Plaintiff also states that she has $5000 in a savings account, and that her regular monthly expenses total $490. The court finds that Plaintiff has sufficient income and assets to pre-pay the costs and fees of this action, and Plaintiff is ineligible to proceed *in forma pauperis.*

Accordingly, the Court will provide Plaintiff an opportunity to pay the filing fee of $400, no later than November 16, 2014. In the event Plaintiff fails to do so, the undersigned will recommend that her application to proceed *in forma pauperis* be denied and that her claims be dismissed.

IT IS SO ORDERED.

Dated this 17th day of October, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE