# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GINA RAE HALL, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01716-JAD-NJK |
| vs. | ) ORDER |
| SMART & FINAL INC., et al., | ) |
| Defendant(s). | ) |

It has come to the Court's attention that certain documents contained in Docket No. 3 contain information that should not be filed on the docket pursuant to Special Order No. 108. The Court hereby **INSTRUCTS** the Clerk's Office to seal Docket No. 3. Plaintiff is advised that the Court will still consider her motion at Docket No. 3 and no further filing is required in response to this order.

IT IS SO ORDERED.

DATED: November 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge