1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7
8
9
10
11

| | |
|---|---|
| GINA RAE HALL, | Case No. 2:14-cv-01716-JAD-NJK |
| Plaintiff(s), | ORDER VACATING DEADLINE TO PAY FILING FEE |
| vs. | |
| SMART & FINAL INC., | NOTICE REGARDING EX PARTE COMMUNICATIONS |
| Defendant(s). | |

12       On November 6, 2014, Plaintiff filed a motion for the Court to reconsider its order that she

13   pay the $400 filing fee by November 16, 2014. *See* Docket No. 3; *see also* Docket No. 2 (setting

14   deadline to pay filing fee). At this time, the Court has not yet ruled on that motion to reconsider. In

15   the interim, however, the Court will **VACATE** the deadline to pay the filing fee by November 16,

16   2014. While the motion for reconsideration is pending, Plaintiff need not make that payment or file

17   anything further with the Court.

18       On November 10, 2014, the Court received a telephone call from Plaintiff inquiring as to the

19   above filing fee. As the Court's staff indicated on the telephone, parties and counsel are prohibited

20   from contacting Court personnel to discuss matters pending in their case. *See, e.g.*, Local Rule 7-

21   6(a). To the extent Plaintiff seeks any relief from the Court, she should do so in writing by filing a

22   motion on the docket. Plaintiff shall refrain from calling chambers. The Court reminds Plaintiff that

23   she must abide by the local rules and court orders, and that failure to do so may result in severe

24   sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

25       IT IS SO ORDERED.

26       DATED:  November 10, 2014

27
                                        _____
28                                        NANCY J. KOPPE
                                        United States Magistrate Judge