UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Gina Rae Hall,

    Plaintiff

v.

Smart & Final Stores LLC,

    Defendant

Case No. 2:14-cv-1716-JAD-NJK

**Order**

    Gina Rae Hall is suing Smart & Final Stores for employment-related retaliation.[1] Smart & Final moves for a referral to the District of Nevada's Early Neutral Evaluation (ENE) Program, which is designed for employment-related lawsuits.[2] Under Local Rule 16-6(b), if an action is not initially assigned to the ENE Program, it "must be assigned to the Program upon the filing by any party of a notice stating that action falls under one or more of the statutes listed in LR 16-6 (a)."

    While Smart & Final's referral request does not reference the local rules, Local Rule 16-1(a) includes Title VII suits. Further, the magistrate judge's screening order found that Hall stated a Title VII claim, and Hall's amended complaint supports this reading.[3] An ENE is thus appropriate.

    Accordingly, and with good cause appearing, it is hereby ORDERED that this case is referred to Magistrate Judge Peggy Leen for an ENE.

    DATED May 5, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] See Doc. 6 at 3–4; see also Doc. 15 at 3–7.

[2] Doc. 25 at 1.

[3] Doc. 6 at 3–4; see Doc. 15 at 3–7.