UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Gina Rae Hall,

    Plaintiff,

vs.

Smart & Final Stores, LLC,

    Defendant.

No: 2:14-cv-1716-JAD-NJK

**Order Granting Unopposed Motion for Partial Dismissal [Doc. 21]**

*Pro se* Plaintiff Gina Rae Hall sues Smart & Final Stores, LLC, alleging (1) disability discrimination, (2) harassment, and (3) retaliation.[1] On March 3, 2015, Smart & Final moved to dismiss counts 2 and 3 under FRCP 12(b)(6), arguing that Hall failed to state a claim for harassment or administratively exhaust her retaliation claim.[2] Hall never responded to the motion. Under this district's local rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Upon review, I find defendant's motion to dismiss has merit and is unopposed.

Accordingly, good cause appearing, it is HEREBY ORDERED that Defendant's Motion for Partial Dismissal **[Doc. 21] is GRANTED**. Counts 2 and 3 of Hall's complaint are DISMISSED.

DATED: May 27, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *See* Doc. 15. Although there is some dispute over whether Hall actually alleged these causes of action, I liberally construe her complaint as doing so.

[2] Doc. 21.