UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GINA RAE HALL,<br><br>  Plaintiff,<br>v.<br>SMART & FINAL STORES, LLC,<br><br>  Defendant. | Case No. 2:14-cv-01716-JAD-NJK<br><br>**ORDER** |

This matter is before the Court on the parties' report of a settlement. An early neutral evaluation conference was scheduled to commence on Wednesday, August 5, 2015, at 9:30 a.m. On Tuesday, August 4, 2015, Plaintiff's counsel, Trevor J. Hatfield informed chambers staff by telephone that the parties have reached a settlement agreement. Defendant's counsel, Elayna J. Youchah confirmed the settlement and requested three weeks, or until August 26, 2015, in which to file a stipulation to dismiss.

**IT IS ORDERED**:

1. The Early Neutral Evaluation scheduled for Wednesday, August 5, 2015, at 9:30 a.m. before the undersigned is **VACATED**.

2. The parties shall have until **August 26, 2015**, to file a stipulation to dismiss, or a joint status report advising of the status of the case and when a stipulation to dismiss will be filed.

3. A telephonic status check is scheduled for **4:00 p.m., August 26, 2015**. Plaintiff's counsel shall initiate the conference call to chambers by dialing (702) 464-5570. If a stipulation to dismiss is filed on or before the scheduled telephonic status check, the conference will be automatically vacated.

DATED this 6th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1