Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar # 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Smart & Final Stores LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA RAE HALL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SMART & FINAL STORES LLC, <br><br> Defendant. | Case No.: 2:14-cv-01716-JAD-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gina Rae Hall, by and through her counsel, Hatfield & Associates, LTD, and Defendant Smart & Final Stores LLC, by and through its counsel, Jackson Lewis P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 3rd day of September, 2015.          DATED this 3rd day of September, 2015.

JACKSON LEWIS P.C.                              HATFIELD & ASSOCIATES, LTD.

*/s/ Deverie Christensen*                       */s/ Trevor J. Hatfield*
Deverie Christensen, Bar # 6596                 Trevor J. Hatfield, Bar # 7373
Phillip C. Thompson, Bar # 12114                703 South Eighth Street
3883 Howard Hughes Pkwy, Suite 600              Las Vegas, Nevada 89101
Las Vegas, NV 89169                             *Attorney for Plaintiff*
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: September 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

4812-2626-0520, v. 1